**Order entered July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01076-CV

**GARY A. ROSE, Appellant**

**V.**

**MARION ROSE MCBRIDE, Appellee**

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-0521-2010**

## ORDER

The reporter's record in this case is overdue. By postcards dated September 18, 2014 and January 6, 2015, we notified the court reporter for the Collin County Probate Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. On March 30, 2015, Court Reporter Kelly Bryant filed a letter informing the Court that the record is past due but payment had not been received and the trial court never declared appellant indigent. By order dated April 9, 2015, we informed Ms. Bryant that our records show the affidavit was timely filed and nothing in the record shows that a contest was either filed or sustained and that appellant is entitled to proceed in this Court without advance payment of costs. In that same order, we ordered Ms. Bryant to file the reporter's record within fifteen days of the date of the order. We directed the Clerk of the Court to send copies of the order, by

electronic transmission to all parties, to Court Reporter Kelly Bryant, and to the Honorable Weldon Copeland, Presiding Judge of the Collin County Probate Court. To date, we have received no response from Ms. Bryant. This appeal cannot proceed until the issue of the reporter's record is resolved.

Accordingly, we **ORDER** Court Reporter Kelly Bryant to file the reporter's record within **FIFTEEN DAYS** of the date of this order.

We **EXPRESSLY CAUTION** Court Reporter Kelly Bryant that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties, to Court Reporter Kelly Bryant, and to the Honorable Weldon Copeland, Presiding Judge of the Collin County Probate Court.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE